UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-00450 |
| MODA INVESTMENT, LTD, d/b/a WESTERN INN MOTEL, and GARDEN HOTELS, INC., | § § § § § | |
| Defendants. | § | |

## **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Mesa Underwriters Specialty Insurance Company ("MUSIC") submits the following Rule 7.1 Corporate Disclosure Statement.

MUSIC is a wholly-owned subsidiary of Selective Insurance Group, Inc. ("SIGI"), a publicly traded company (Nasdaq: SIGI). The only entity that owns more than a 10% interest of SIGI is BlackRock, Inc. ("BlackRock"), a publicly traded investment management firm. BlackRock has purchased SIGI common shares in the ordinary course of its investment business and has previously filed Schedules 13G/A with the SEC. In connection with purchasing SIGI common shares, BlackRock filed the necessary filings with the insurance regulatory authorities. Based on those filings, BlackRock is deemed not to be a controlling person for the purposes of applicable insurance law.

*[SIGNATURE BLOCK APPEARS ON NEXT PAGE.]*

-2-

Respectfully submitted,

By: */s/ James W. Holbrook, III*
    James W. Holbrook, III
    State Bar No. 24032426
    Southern Member ID No. 659759
    jholbrook@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:	214-742-3000
Facsimile:	214-760-8994

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

OF COUNSEL:

Steven J. Badger
Texas Bar No. 01499050
Southern Member ID No. 27659
sbadger@zellelaw.com
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:	214-742-3000
Facsimile:	214-760-8994

**ATTORNEYS FOR PLAINTIFF**