United States District Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, *Plaintiff*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-00450 |
| MODA INVESTMENT, LTD. and GARDEN HOTELS, INC., *Defendants*. | § § § § | |

## ORDER OF DISMISSAL

Plaintiff filed a Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This case is hereby **DISMISSED** without prejudice, with all costs to be borne by the party that incurred them.

SIGNED this 19 day of October 2023.

Andrew S. Hanen
United States District Judge